UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:20-CV-82035-Matthewman

MICHAEL SIMPSON,

    Plaintiff,

v.

COMMUNITY ASPHALT CORP.,
a Florida Corporation,

    Defendant.
_____/

**AGREED ORDER APPROVING FLSA SETTLEMENT AND**
**DISMISSING CASE WITH PREJUDICE**

**THIS MATTER** having come before the Court upon the parties' Joint Motion for Approval of the Parties' Settlement and for Dismissal with Prejudice, and the Court having reviewed this matter, and being otherwise fully advised in the premises, it is hereby:

**ORDERED**:

1. The Joint Motion for Approval of the Parties' Settlement and for Dismissal with Prejudice, filed herein by the parties, should be and hereby is **GRANTED**;

2. Pursuant to <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350 (11th Cir. 1982), the parties' Settlement Agreement has been reviewed by the Court and is hereby approved, adopted, and ratified by the Court;

3. This case therefore should be and hereby is **DISMISSED** with prejudice with each party to bear his/its own attorney's fees and costs except as otherwise provided for in the Settlement Agreement; and

CASE NO.: 9:20-CV-82035-Matthewman

4. The Court shall retain jurisdiction for 30 days solely to enforce the terms of the settlement agreement.

**DONE AND ORDERED** \_\_\_\_\_ day of _____ 2021.

_____
WILLIAM MATTHEWMAN
DISTRICT COURT MAGISTRATE JUDGE